Barnes DUNKINS, Appellant,

v.

The STATE of Texas, Appellee.

No. 27472.

Court of Criminal Appeals of Texas.

March 16, 1955.

Wilma Hazel KENNEDY, Appellant,

v.

The STATE of Texas, Appellee.

No. 27067.

Court of Criminal Appeals of Texas.

Nov. 3, 1954.

On Rehearing Feb. 9, 1955.

No attorney on appeal for appellant.

Leon Douglas, State's Atty., Austin, for the State.

PER CURIAM.

This purports to be an appeal from a conviction for the unlawful possession of a still and mash, material, equipment, and supplies for the manufacture of liquor capable of producing intoxication, with punishment assessed at a fine of $500.

The record before us does not reflect that a notice of appeal was given and entered of record, as required by Art. 827, C.C.P.

In the absence of a notice of appeal, the jurisdiction of this court does not attach.

The appeal is dismissed.